IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re: Fredericka Mitchell-Moss

Chapter 13
Case No. 18-10273-SDB

Debtor(s)

### Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will pay not less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows:

☐ Change valuation(s) as follows:

☐ Allow/Modify/Disallow claims as follows:

☑ Other: See additional form for reference.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This __7th__ day of __May__, 20__18__.

_____  GA Bar No: 732413
Debtor's Counsel  Michau Walker

_Fredericka Mitchell-Moss_
Debtor

_____
Chapter 13 Trustee
Jane E. Miller
Attorney for Chapter 13
Trustee Huon Le
GA. Bar No. 256304

_____
Debtor

_____
Creditor's Counsel

_____
Creditor's Counsel

Revised 12/1/2017

Form 2017-4-A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:   Fredericka Mitchell-Moss

Debtor(s)

Chapter 13
Case No. 18-10273

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows: _____

☐ Change valuation(s) as follows: _____

☐ Allow/Modify/Disallow claims as follows: _____

☒ Other: Debtor will pay Creditor, TitleMax of Georgia, Inc. outside the plan. Debtor will pay make five monthly payments of $354.79 and a sixth monthly payment of $354.80 beginning on June 15, 2018 and continuing each month thereafter until the total amount of $2,128.75 is paid in full.

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This 7th day of May, 2018.

Chapter 13 Trustee/Attorney for
Huon Le, Cortney Elam, Jane Miller

Jane E. Miller
Attorney for Chapter 13
Trustee Huon Le
GA Bar No. 256304

If applicable:

Debtor

Debtor
Debtor's(s') Counsel Michan Walker
GA Bar No: 732413

Creditor's Counsel   Attorney for TitleMax
Ga Bar. 071115

Creditor's Counsel

Creditor's Counsel