# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

**In the matter of:**  )   Chapter  13

Fredericka Yolanda  )
Mitchell - Moss  )   Case No. 18-10273-SDB
)
)
**Debtor(s)**  )

FILED
MAY -7 2018
IN COURT

I hereby withdraw  TitleMax of Georgia, Inc.'s Motion for Relief of Automatic Stay (Doc. No. 23)

The undersigned certifies that opposing counsel has been advised of this withdrawal.

_____
Attorney/~~Trustee~~

Nathan E. Huff
Ga. Bar 773611
Attorney for TitleMax of Georgia, Inc.
706-922-3104

Dated: 5/7/18

Revised 4/13/09